IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Andrew Luehring<br><br>Defendant. | Criminal No. 3:12-cr-00042 |

### MOTION TO AMEND JUDGMENT

**COMES NOW,** the Defendant, Andrew Luehring, by and through undersigned counsel, hereby moves this Court for an Order to Amend the previously entered Judgment, based on the following:

1. Mr. Luehring was sentenced on February 13, 2013 in the above named-court, and a Judgment was entered accordingly.

2. Since the sentencing date, Mr. Luehring's parents have discussed the possibility of moving to Colorado in the near future, in order to be closer to some of their family members.

3. This Motion is made by Defendant's Counsel in order to Amend the Judgment, and for said Judgment to state that Mr. Luehring's first location preference be Englewood, Colorado and his second choice to be Duluth, Minnesota.

4. Counsel has discussed this Motion with the Assistant United States Attorney Christopher Myers, who indicates he has no opposition to this Motion.

For the reasons cited herein, Defendant submits justice will be served by granting this Motion to Amend Judgment.

Dated this  22  day of  February, 2013.

                                                KENNELLY & O'KEEFFE, LTD

                                                TATUM O. LINDBO (ND ID No. 05985)
                                                313 N.P. Avenue
                                                P.O. Box 2105
                                                Fargo, ND 58107-2105
                                                Phone: (701) 235-8000
                                                Fax: (701) 235-8023