PROB 22
(Rev. 1/2001)

| | | Docket Number (Tran. Court) 0868 3:12CR00042 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | Docket Number (Rec. Court) 18-cr-066-REB |
| Name and Address of Probation/Supervised Releasee: | District: North Dakota | Division: |
| Andrew Michael Luehring | Sentencing Judge: | The Honorable Ralph R. Erickson |
| Fort Collins, CO 80524 | Supervision Dates: | From: 3/31/2017    To: 3/30/2020 |
| Offense: | Conspiracy to Possess With Intent to Distribute and Distribute a Controlled Substance 21 U.S.C. § 846 Money Laundering Conspiracy to Promote Specified Unlawful Activity 18 U.S.C. § 1956 | |

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised release named above, be transferred with the records of the Court to the United States District Court for the **District of Colorado** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2-5-18
Date

_[signature]_
Chief United States District Court Judge

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer-supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/6/18
Effective Date

_Marcia S. Krieger_
United States District Court Judge